```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF                 :        CIVIL ACTION
                                 :
PENN CENTRAL TRANSPORTATION CO.  :        NO. 70-347
```

ORDER

AND NOW, this 6th day of December, 2011, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1) the motion of Claimants for discovery pursuant to Rule 56(d) of the Federal Rules of Civil Procedure (Dkt. 18,774) on the status of assets, loaned money, or stock of the reorganized company, American Premier Underwriters, Inc., f/k/a The Penn Central Corporation, reserved for the purpose of payment of bankruptcy claims is DENIED without prejudice;

(2) the motion of Claimants for discovery pursuant to Rule 56(d) of the Federal Rules of Civil Procedure (Dkt. 18,774) is otherwise DENIED;

(3) Claimants, on or before January 7, 2012, shall file and serve any opposition to the motion of the reorganized company, American Premier Underwriters, Inc., f/k/a The Penn Central Corporation, for summary judgment (Dkt. 18,770); and

(4)  the reorganized company, American Premier Underwriters, Inc., f/k/a The Penn Central Corporation, shall file and serve any reply brief on or before January 20, 2012.

                                              BY THE COURT:

                                              /s/ Harvey Bartle III
                                                                           J.