```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF                 :
                                 :
PENN CENTRAL TRANSPORTATION CO.  :       NO. 70-347
```

<u>ORDER</u>

AND NOW, this 28th day of August, 2012, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1) the motion of the reorganized company, American Premier Underwriters, Inc., f/k/a The Penn Central Corporation, for summary judgment (Doc. No. 18,770) is DENIED; and

(2) the motion of Claimants for summary judgment (Doc. No. 18,783) is GRANTED.

                              BY THE COURT:


                              <u>/s/ Harvey Bartle III</u>
                                                    J.