```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

IN THE MATTER OF                  :
                                  :
PENN CENTRAL TRANSPORTATION CO.   :      NO. 70-347

ORDER

AND NOW, this 28th day of August, 2012, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1)  the motion of the reorganized company, American Premier Underwriters, Inc., f/k/a The Penn Central Corporation, for summary judgment (Doc. No. 18,770) is DENIED; and

(2)  the motion of Claimants for summary judgment (Doc. No. 18,783) is GRANTED.

                                        BY THE COURT:


                                        /s/ Harvey Bartle III
                                                                    J.